UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE VICTOR GOMEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>S. SHERMAN, Warden,<br><br>　　　　　Respondent. | No.  2:17-cv-0305 JAM KJN P<br><br><br>ORDER |

Petitioner requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel. If petitioner seeks appointment of counsel on appeal, he must file his request for counsel in the Ninth Circuit.

In addition, petitioner seeks an extension of time in which to file a certificate of appealability in the Ninth Circuit. Petitioner is advised that he must file a request to extend any deadlines before the Ninth Circuit in his appeal pending before the Ninth Circuit, case No. 19-17582.

Accordingly, IT IS HEREBY ORDERED that petitioner's requests (ECF No. 30) are denied without prejudice.

Dated: January 21, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/gome0305.110